158 A.3d 574

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. FRANCIS J. PRETO, DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004212–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.